# Order

Michigan Supreme Court
Lansing, Michigan

December 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157922

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

IVAN CHRISTOPHER GOLLMAN,
     Defendant-Appellant.

SC: 157922
COA: 334402
Wayne CC: 02-011287-FC

_____/

     On order of the Court, the application for leave to appeal the May 17, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018



Clerk

d1217